IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRANS VIDEO ELECTRONICS, LTD., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-1743-LPS |
| NETFLIX, INC., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 26th day of **March, 2014.**

WHEREAS, Magistrate Judge Burke issued a Report and Recommendation (D.I. 23) on March 4, 2014;

WHEREAS, the Report and Recommendation recommends that the Court GRANT Defendant's Motion to Dismiss (D.I. 12).

WHEREAS, any Objections to the Report and Recommendation were to be filed by March 14, 2014;

WHEREAS, neither party has filed an Objection to the Report and Recommendation;

WHEREAS, the Court concludes that the Report and Recommendation should be adopted for the reasons stated by Magistrate Judge Burke;

NOW THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 23) is **ADOPTED**; and Defendant's Motion to Dismiss (D.I. 12) is **GRANTED.** Plaintiff is granted leave to amend the complaint.

_____
UNITED STATES DISTRICT JUDGE